UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: CRIMINAL NO. 3:CR-09-385
v. :
: (JUDGE CONABOY)
MICHAEL T. TOOLE :
:
:

FILED
SCRANTON
APR 0 7 2011
Per_____
DEPUTY CLERK

### ORDER

AND NOW, THIS 7th DAY OF APRIL 2011, as a result of the meeting held this date with counsel for the parties and media and members of the press regarding release of letters forwarded to the Court concerning the sentencing of Defendant Michael Toole, it is the Court's determination that certain categories of letters will not be released and others will be released through the Court's electronic filing system.

1. The following letters will not be released:

   a. letters from Defendant's parents, wife and children;

   b. letters from anyone who identifies himself or herself as members of Alcoholics Anonymous;

   c. letters from religious figures or leaders; and

   d. letters and reports from medical providers.

2. The following letters will be released:

   a. letters from public officials;

   b. letters from county and court personnel;

   c. letters from relatives not excluded in paragraph

       1(a);

d.    letters from friends, neighbors, etc.;

e.    letters from employers and co-workers.

*/s/ Richard P. Conaboy*
---
RICHARD P. CONABOY
United States District Judge